UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

RICHARD SCHWAMB,                               :

               Plaintiff,                     :

          -against-                                :

METROPOLITAN TRANSPORTATION   :
AUTHORITY,
                                         :

              Defendant.
------------------------------------------------------X

ORDER

07 Civ. 1189 (CM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on October 21, 2009, to address a discovery dispute that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, the plaintiff's application, that the defendant be required to produce Michael R. Coan, Chief of Department, Metropolitan Transportation Authority Police Department, for a deposition, is denied. In addition, the parties are directed to present their request for an extension of the discovery deadline to the assigned district judge, as is required by Paragraph 8 of the Civil Case Management Plan approved by the assigned district judge on November 20, 2008.

Dated: New York, New York
          October 22, 2009

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE