ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RICHARD SCHWAMB,

                              Plaintiff,                     Index No.: 07 Civ. 1189 (CM)

    -against-                                  CONSENT TO
                                                         CHANGE ATTORNEY

METROPOLITAN TRANSPORTATION AUTHORITY,

                              Defendant.
------------------------------------------------------------------X

IT IS HEREBY CONSENTED THAT, Marc T. Wietzke, Esq., Law Offices of Michael Flynn, P.C., 1205 Franklin Avenue, Garden City, NY 11530 be substituted as attorney(s) of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

DATED: October 27, 2009

_____
RICHARD SCHWAMB

Sworn to before me this
27 Day of October, 2009

_____
NOTARY PUBLIC

EVA FLECHA
NOTARY PUBLIC - STATE OF NEW YORK
NO. 4856015
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES JUNE 23, 20 10

_____
PHILIP J. DINHOFER, ESQ.

_____
MARC T. WIETZKE, ESQ.